# EXHIBIT C

DENLOW, PROTO

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 4.2 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:09-cr-00175 All Defendants

| | |
|---|---|
| Case title: USA v. Philip J. Baker | Date Filed: 02/25/2009 |

Assigned to: Honorable John W. Darrah
Referred to: Honorable Morton Denlow

**Defendant (1)**

| | | |
|---|---|---|
| **Philip J. Baker** | represented by | **Amy Alison Pines**<br>Levenfeld Pearlstein, LLC<br>2 North LaSalle Street<br>Suite 1300<br>Chicago, IL 60602<br>312 346 8380<br>Email: apines@lplegal.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Kurt Edward Stitcher**<br>Baker & Daniels LLP<br>311 S. Wacker Drive<br>#4400<br>Chicago, IL 60606<br>312-212-6500<br>Email: kurt.stitcher@bakerd.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Mindy Anne Finnigan**<br>Baker & Daniels LLP<br>311 S. Wacker Drive<br>Suite 4400<br>Chicago, IL 60606<br>312-212-6515<br>Email: mindy.finnigan@bakerd.com<br>*ATTORNEY TO BE NOTICED* |

| **Pending Counts** | **Disposition** |
|---|---|
| FRAUD BY WIRE, RADIO, OR TELEVISION<br>(1-17) | |
| COMMODITY HANDLING REGULATIONS<br>(18-19) | |

EMBEZZLEMENT OR LARCENY, EMPLOYEES OF U.S. GOVERNMENT
(20)

TAMPERING WITH A WITNESS, VICTIM OR INFORMANT
(21)

TAMPERING WITH A WITNESS, VICTIM OR INFORMANT 18:2
Aiding & Abetting
(22-23)

CRIMINAL CONTEMPT
(24-27)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Clifford Charles Histed** <br> United States Attorney's Office <br> 219 South Dearborn Street <br> Fourth Floor <br> Chicago, IL 60604 <br> (312) 886-7627 <br> Email: clifford.histed@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **AUSA** <br> United States Attorney's Office (NDIL) <br> 219 South Dearborn Street <br> Suite 500 <br> Chicago, IL 60604 <br> (312) 353-5300 <br> Email: USAILN.ECFAUSA@usdoj.gov |

*ATTORNEY TO BE NOTICED*

**Pretrial Services**
.
435-5545
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov

*ATTORNEY TO BE NOTICED*

**Carol A. Bell**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
312-353-8898
Email: carol.bell@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/25/2009 | 1 | INDICTMENT as to Philip J. Baker (1) count(s) 1-17, 18-19, 20, 21, 22-23, 24-27 (yap, ) (Entered: 06/15/2009) |
| 02/25/2009 | 2 | DESIGNATION Sheet: FELONY (Category 4). (yap, ) (Entered: 06/15/2009) |
| 02/25/2009 | 3 | MINUTE entry before the Honorable Michael T. Mason as to Philip J. Baker: To issue bench warrant; The government will seek to have the defendant detained without bond pursuant to Title 18, United States Code, Section 3142. The District Court clerk's office is directed to disclose to the assistant U.S. Attorney U.S. Attorney assigned to this case for the Government, the name of the judge, Magistrate Judge, docket number assigned to this case, in order to expedite arraignment of the arrested defendant. This information is to remain sealed until the arrest of the defendant, or until further order of the court. Do not seal arrest warrants. (yap, ) (Entered: 06/15/2009) |
| 03/11/2009 | 4 | MOTION by USA for limited unsealing of the indictment and arrest warrant as to Philip J. Baker (yap, ) (Entered: 06/15/2009) |
| 03/11/2009 | 5 | MINUTE entry before the Honorable John W. Darrah as to Philip J. Baker (1):Government's ex parte motion for limited unsealing of the indictment and arrest warrant for the limited purpose of disclosure to law enforcement personnel and foreign authorities 4 is granted. Enter Order. This order, motion and the entire case is to remain under seal. This case shall not be made public on the court's electronic docketing system. This case is to remain sealed until further order of this court. Mailed notice (yap, ) (Entered: 06/15/2009) |
| 03/11/2009 | 6 | ORDER as to Philip J. Baker granting Government's motion for limited unsealing of the indictment and arrest warrant 5 Signed by the Honorable John W. Darrah on 3/11/09. (yap, ) (Entered: 06/15/2009) |
| 06/12/2009 | 7 | MOTION by USA to unseal as to Philip J. Baker (yap, ) (Entered: 06/15/2009) |

| | | |
|---|---|---|
| 06/15/2009 | 8 | MINUTE entry before the Honorable John W. Darrah as to Philip J. Baker (1): Government's motion to unseal this case 7 is granted. The clerk is directed to unseal this case in its entirety. Mailed notice (yap, ) (Entered: 06/15/2009) |
| 06/17/2009 | 9 | EXECUTIVE COMMITTEE ORDER: Case as to Philip J. Baker referred to Magistrate Judge Honorable Morton Denlow from Honorable Judge John W. Darrah pursuant to Local Rule 72.1 to hear and enter order(s) on arraignment(s) and/or detention hearing(s)/bail/detention hearing(s). (For further details see order). (yap, ) (Entered: 06/19/2009) |
| 07/10/2009 | 10 | FILED copy of warrant issued as to Philip J. Baker on 2/26/09. (yap, ) (Entered: 07/13/2009) |
| 12/21/2009 | | ARREST of defendant Philip J. Baker (yap, ) (Entered: 12/21/2009) |
| 12/21/2009 | | ORAL MOTION by USA to exclude time as to Philip J. Baker (yap, ) (Entered: 12/21/2009) |
| 12/21/2009 | 11 | MINUTE entry before the Honorable Morton Denlow as to Philip J. Baker (1); Initial appearance proceedings held. Defendant appears in response to his extradition from Germany.Defendant informed of rights. Enter order appointing James Young to represent defendant for initialappearance proceedings only. Defendant having indicated his desire to retain counsel, the arraignment anddetention hearing is reset to 12/29/2009 at 11:00 am. before Magistrate Judge Schenkier. Defendant toremain in custody pending arraignment and detention hearing. Governments oral motion to exclude time isgranted. Time ordered excluded to 12/29/2009 pursuant to 18:3161(h)(1)(F). Mailed notice (yap, ) (Entered: 12/21/2009) |
| 12/23/2009 | | ORAL MOTION by Philip J. Baker to exclude time to 1/7/10 (yap, ) (Entered: 12/28/2009) |
| 12/23/2009 | 12 | MINUTE entry before the Honorable Morton Denlow as to Philip J. Baker (1); By agreement of the parties, arraignment and detention hearing is reset to 1/7/2010 at 10:30 a.m. beforeMagistrate Judge Denlow. Arraignment and detention hearing set for 12/29/2009 at 11:00 am. beforeMagistrate Judge Schenkier is stricken. Defendant to remain in custody pending arraignment and detentionhearing. Governments oral motion to exclude time to 1/7/2010 is granted without objection.. Time orderedexcluded to1/7/2010 pursuant to 18:3161(h)(1)(F). Mailed notice (yap, ) (Entered: 12/28/2009) |
| 12/28/2009 | 13 | ATTORNEY Appearance for defendant Philip J. Baker by Kurt Edward Stitcher (Stitcher, Kurt) (Entered: 12/28/2009) |
| 01/07/2010 | 14 | ATTORNEY Appearance for defendant Philip J. Baker by Amy Alison Pines (Pines, Amy) (Entered: 01/07/2010) |
| 01/07/2010 | | ORAL MOTION by Philip J. Baker to substitute counsel James Young (yap, ) (Entered: 01/07/2010) |
| 01/07/2010 | | ORAL MOTION by USA to exclude time as to Philip J. Baker (yap, ) (Entered: 01/07/2010) |
| 01/07/2010 | 15 | MINUTE entry before the Honorable Morton Denlow as to Philip J. Baker (1); |

| | | |
|---|---|---|
| | | Arraignment and plea held. Defendant's oral motion to substitute counsel is granted. James Young is granted leave towithdraw as counsel for defendant. Kurt Stitcher is granted leave to file his appearance as counsel for defendant.Defendant waives formal reading of the indictment and enters a plea of not guilty to all counts of the indictment.Defendant informed of rights. 16.1(a) conference to be held by or on 1/14/2010. Pretrial motions to be filed by or on1/21/2010; any response by or on 1/28/2010; any reply by or on 2/4/2010. Ruling on motions set for 2/11/2010 at 9:45am. before Judge Darrah. Government's oral motion to exclude time is granted. Time ordered excluded to 2/11/2010pursuant to 18:3161(h)(8)(A)(B). Defendant waives his right to a detention hearing without prejudice..Defendant ordered bound to the District Court for further proceedings in the custody of the U.S. Marshal.Mailed notice (yap, ) (Entered: 01/07/2010) |
| 01/13/2010 | 16 | ATTORNEY Designation for USA of Carol A. Bell (Bell, Carol) (Entered: 01/13/2010) |
| 01/15/2010 | 17 | MOTION by Philip J. Baker for extension of time as to order on motion to substitute attorney,,,,, order on motion to exclude,,,,,,,,,,, arraignment,,,,, add and terminate attorneys,,,,, set/reset deadlines/hearings,,,,, speedy trial - excludable start,,,,, set/reset motion and R&R deadlines/hearings,,,,, 15 (Pines, Amy) (Entered: 01/15/2010) |
| 01/15/2010 | 18 | NOTICE of Motion by Amy Alison Pines for presentment of motion for extension of time, 17 before Honorable John W. Darrah on 1/21/2010 at 09:00 AM. (Pines, Amy) (Entered: 01/15/2010) |
| 01/21/2010 | 19 | MINUTE entry before the Honorable John W. Darrah as to Philip J. Baker: Motion hearing held. Defendant's motion for an extension of time to file pretrial motions is entered and continued to 2/11/10 at 9:30 a.m. Motion hearing set for 2/11/10 at 9:45 a.m. is vacated. Enter Protective Order. Mailed notice (yap, ) (Entered: 01/22/2010) |
| 01/21/2010 | 20 | PROTECTIVE Order as to Philip J. Baker Signed by the Honorable John W. Darrah on 1/21/10. (yap, ) (Entered: 01/22/2010) |
| 02/10/2010 | 21 | MINUTE entry before the Honorable John W. Darrah as to Philip J. Baker(1): Defendant's motion for an extension of time to file pretrial motions 17 set for 2/11/10 is entered andcontinued to 2/23/10 at 9:30 a.m. In the interests of justice, time is ordered excluded to 2/23/10 pursuant to18:31619h)(8)(A)(B).Mailed notice (yap, ) (Entered: 02/10/2010) |
| 02/23/2010 | 22 | MINUTE entry before the Honorable John W. Darrah as to Philip J. Baker (1); Ruling on motion hearing held. Defendant's motion for an extension of time to file pretrial motions 17 isgranted. Pretrial motions to be filed by 4/21/10, response by 4/28/10. Status hearing set for 5/5/10 at 9:30a.m. Jury trial set for 8/30/10 at 9:00 a.m. In the interests of justice, time is ordered excluded to 8/30/10pursuant to18:31619h)(8)(A)(B). Mailed notice (yap, ) (Entered: 02/23/2010) |
| 04/14/2010 | 23 | MOTION by Philip J. Baker for extension of time (Stitcher, Kurt) (Entered: 04/14/2010) |
| | | |

| 04/14/2010 | 24 | NOTICE of Motion by Kurt Edward Stitcher for presentment of motion for extension of time 23 before Honorable John W. Darrah on 4/20/2010 at 09:30 AM. (Stitcher, Kurt) (Entered: 04/14/2010) |
|---|---|---|
| 04/20/2010 | 25 | MINUTE entry before the Honorable John W. Darrah as to Philip J. Baker (1); Ruling on motion hearing held. Defendant's motion for an extension of time to file pretrial motions 23 isgranted. Pretrial motions to be filed by 10/4/10, response by 10/11/10. Status hearing set for 5/5/10 is re-setto 10/19/10 at 9:30a.m. Jury trial set for 8/30/10 is re-set to 11/1/10 at 9:00 a.m. In the interests of justice,time is ordered excluded to 11/1/10 pursuant to18:3161 (h)(8)(A)(B).Mailed notice (yap, ) (Entered: 04/20/2010) |
| 05/05/2010 | 26 | MINUTE entry before the Honorable John W. Darrah as to Philip J. Baker (1): Enter Agreed Order for early return of trial subpoenas. Mailed notice (yap, ) (Entered: 05/05/2010) |
| 05/05/2010 | 27 | AGREED ORDER as to Philip J. Baker for early return of trial subpoenas pursuant to Fed.R.Crim.P. 17(c) 26 Signed by the Honorable John W. Darrah on 5/5/2010. (yap, ) (Entered: 05/05/2010) |
| 07/20/2010 | 28 | NOTICE by Kurt Edward Stitcher of Change of Address (Stitcher, Kurt) (Entered: 07/20/2010) |
| 08/13/2010 | 29 | MOTION by Philip J. Baker for extension of time *of all case deadlines by 60 days (unopposed motion)* (Stitcher, Kurt) (Entered: 08/13/2010) |
| 08/13/2010 | 30 | NOTICE of Motion by Kurt Edward Stitcher for presentment of motion for extension of time 29 before Honorable John W. Darrah on 8/19/2010 at 09:00 AM. (Stitcher, Kurt) (Entered: 08/13/2010) |
| 08/16/2010 | 31 | ATTORNEY Appearance for defendant Philip J. Baker by Mindy Anne Finnigan (Finnigan, Mindy) (Entered: 08/16/2010) |
| 08/18/2010 | 32 | *Re-* NOTICE of Motion by Kurt Edward Stitcher for presentment of motion for extension of time 29 before Honorable John W. Darrah on 8/19/2010 at 09:30 AM. (Stitcher, Kurt) (Entered: 08/18/2010) |
| 08/19/2010 | 33 | MINUTE entry before the Honorable John W. Darrah as to Philip J. Baker: Ruling on motion hearing held. Defendant's unopposed motion to extend all deadlines for 60 days is granted 29 . Status hearing set for 8/24/10 at 9:30 a.m. for scheduling. Mailed notice (las, ) (Entered: 08/20/2010) |
| 08/24/2010 | 34 | MINUTE entry before the Honorable John W. Darrah as to Philip J. Baker: Status hearing held. Pretrial motions to be filed by 12/7/10, response by 12/14/10. Status hearing set for10/19/10 is re-set to 1/20/11 at 9:30 a.m. Jury trial set for 11/1/10 is re-set to 6/6/11 at 9:00 a.m. In theinterests of justice, time is ordered excluded to 6/6/11 pursuant to 18:3161 (h)(8)(A)(B).Mailed notice (yap, ) (Entered: 08/24/2010) |
| 12/06/2010 | 35 | MOTION by Philip J. Baker for extension of time *to file pretrial motions by 90 days* (Stitcher, Kurt) (Entered: 12/06/2010) |
| 12/06/2010 | 36 | NOTICE of Motion by Kurt Edward Stitcher for presentment of motion for extension of time 35 before Honorable John W. Darrah on 12/14/2010 at 09:30 |

|  |  |  |
|---|---|---|
|  |  | AM. (Stitcher, Kurt) (Entered: 12/06/2010) |
| 12/14/2010 | 37 | MINUTE entry before the Honorable John W. Darrah as to Philip J. Baker (1); Ruling on motion hearing held. Defendant's motion for an extension of time to file pretrial motions 35 isgranted. Pretrial motions to be filed by 3/17/11, response by 3/24/11. Status hearing set for 1/20/11 is re-set to3/31/11 at 9:30 a.m.Mailed notice (yap, ) (Entered: 12/14/2010) |
| 03/31/2011 |  | AGREED ORAL MOTION by Philip J. Baker to continue the trial (yap, ) (Entered: 03/31/2011) |
| 03/31/2011 | 38 | MINUTE entry before the Honorable John W. Darrah as to Philip J. Baker (1); Status hearing held. No pretrial motions have been filed. Defendant's agreed oral motion to continue the trial date is granted. Jury trial set for 6/6/11 is re-set to 9/19/11 at 9:00 a.m. In the interests of justice, time is ordered excluded to 9/19/11 pursuant to 18:3161 (h)(8)(A)(B). Mailed notice (yap, ) (Entered: 03/31/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/14/2011 11:47:11 | | | |
| **PACER Login:** | hd0009 | **Client Code:** |  |
| **Description:** | Docket Report | **Search Criteria:** | 1:09-cr-00175 |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |