IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FREDERICK J. GREDE, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust, Assignee of certain claims, <br><br> Plaintiff, <br><br> v. <br><br> FTN FINANCIAL SECURITIES CORPORATION, FIRST TENNESSEE BANK, N.A., and JACQUES DE SAINT PHALLE, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 09 C 02258 <br><br> Honorable James B. Zagel |
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN M. FOLAN, JACQUES DE SAINT PHALLE, FTN FINANCIAL SECURITIES CORP., and FIRST TENNESSEE BANK N.A., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 08 C 6587 |

**MOTION FOR LEAVE TO APPEAR**

NOW COME Royal B. Martin, William G. Sullivan and Mason N. Floyd ("Movants"), pursuant to Local Rules 83.12 and 83.17, and move for leave to appear as additional counsel for Defendant Jacques de Saint Phalle. In support of this Motion, Movants state as follows:

1. This action was filed on April 13, 2009.

2. On April 18, 2011, this Court consolidated this action with *Grede v. Folan, et al.*, Case No. 08 C 6587, in the Northern District of Illinois ("Estate Action"). Mr. de Saint Phalle is also a defendant in the Estate Action.

3. Movants have appeared and served as counsel for Mr. de Saint Phalle in the Estate Action for the past two years.

4. Movants request that pursuant to Local Rules 83.12 and 83.17 they be granted leave to appear on behalf of Mr. de Saint Phalle in this action.

WHEREFORE, Movants Royal B. Martin, William G. Sullivan and Mason N. Floyd respectfully request that they be granted leave to appear as counsel for Defendant Jacques de Saint Phalle in this action.

Respectfully submitted,

/s/Mason N. Floyd
One of the Attorneys for Defendant,
Jacques de Saint Phalle

MARTIN, BROWN, SULLIVAN,
   ROADMAN & HARTNETT, LTD.
135 South LaSalle Street, Suite 3200
Chicago, Illinois 60603
(312) 360-5000
P:\Clients\1732.001 de St. Phalle\Pleadings\09 C 02258\Mot for Leave to Appear.wpd