IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FREDERICK J. GREDE, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust, Assignee of certain claims,<br><br>    Plaintiff,<br><br>  v.<br><br>FTN FINANCIAL SECURITIES CORPORATION, FIRST TENNESSEE BANK, N.A., and JACQUES DE SAINT PHALLE,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 09 C 02258<br><br>Honorable James B. Zagel |
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust,<br><br>    Plaintiff,<br><br>  v.<br><br>STEPHEN M. FOLAN, JACQUES DE SAINT PHALLE, FTN FINANCIAL SECURITIES CORP., and FIRST TENNESSEE BANK N.A.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08 C 6587 |

**NOTICE OF MOTION**

TO:  All Attorneys of Record

   PLEASE TAKE NOTICE that on the 5th day of May, 2011 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the

Honorable James B. Zagel in Room 2503 of the Dirksen Federal Building at 219 South Dearborn Street, Chicago, Illinois 60604 and present the attached Motion for Leave to Appear, copies of which are herewith served upon you.

         Respectfully submitted,


         /s/Mason N. Floyd


MARTIN, BROWN, SULLIVAN,
 ROADMAN & HARTNETT, LTD.
321 South Plymouth Court, 10th Floor
Chicago, Illinois 60604
(312) 360-5000

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on April 29, 2011 copies of the **Notice of Motion** and **Motion for Leave to Appear** were served via CM/ECF electronic filing upon all attorneys of record.

/s/Mason N. Floyd