# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust, | ) ) ) ) | Case No. 08-CV-06587 Honorable James B. Zagel |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| STEPHEN M. FOLAN, JACQUES DE SAINT PHALLE, FTN FINANCIAL SECURITIES CORP., and FIRST TENNESSEE BANK, N.A., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust, Assignee of certain claims, | ) ) ) ) ) | Case No. 09-CV-02258 Honorable James B. Zagel |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FTN FINANCIAL SECURITIES CORP., FIRST TENNESSEE BANK, N.A., and JACQUES DE SAINT PHALLE | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on May 6, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable James B. Zagel, or any Judge sitting in his stead, in the courtroom, normally occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, 219 Dearborn Street, Room 2503, Chicago, Illinois, and shall then present the concurrently filed **MOTION FOR LETTER OF REQUEST FOR THE DEPOSITION OF ANIS KRAIEM IN FRANCE**, which is hereby served upon you.

Dated: May 4, 2011                              Respectfully submitted,


                                                /s/ Michael B. Slade
                                                Brian D. Sieve, P.C. (ARDC #6199741)
                                                Michael B. Slade (ARDC #6274231)
                                                KIRKLAND & ELLIS LLP
                                                300 N. LaSalle Street
                                                Chicago, Illinois 60654-6636
                                                Telephone: (312) 862-2000
                                                Facsimile: (312) 862-2200

                                                Howard M. Shapiro
                                                Patrick J. Carome
                                                John A. Valentine
                                                WILMER CUTLER PICKERING HALE
                                                   AND DORR LLP
                                                1875 Pennsylvania Avenue, N.W.
                                                Washington, DC 20006
                                                Telephone: (202) 663-6000
                                                Facsimile: (202) 663-6363

                                                Mark D. Griffin
                                                Lori H. Patterson
                                                Kristine L. Robert
                                                BAKER, DONELSON, BEARMAN, CALDWELL &
                                                   BERKOWITZ, PC
                                                First Tennessee Building
                                                165 Madison Avenue, Suite 2000
                                                Memphis, Tennessee 38103
                                                Telephone: (901) 526-2000
                                                Facsimile: (901) 577-0870

                                                *Attorneys for Defendants Stephen M. Folan, Jacques
                                                de St. Phalle, and FTN Financial Securities Corp.,
                                                and First Tennessee Bank, N.A.*

William Gibbs Sullivan
Royal B. Martin
Mason N. Floyd
MARTIN, BROWN, SULLIVAN, ROADMAN
& HARTNETT, LTD
135 S. LaSalle St., Ste. 3200
Chicago, IL 60603
Phone: (312) 360-5000

***Attorneys for Stephen M. Folan and Jacques de St. Phalle***

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on May 4, 2011, which will send notification of such filings to the parties registered with the Court's CM/ECF system, including the recipients shown below,

>Chris C. Gair, Esq.
>James Kevin McCall, Esq.
>Jeffrey S. Eberhard, Esq.
>Gregory M. Boyle, Esq.
>Anne Paffrath Ray, Esq.
>Kevin Case, Esq.
>Vincent E. Lazar, Esq.
>JENNER & BLOCK LLP
>353 N. Clark Street
>Chicago, IL 60654
>*Attorneys for the Liquidation Trustee*

and by e-mail and first class mail to the following:

>Arthur W. Hahn
>Peter Siddiqui
>Katten Muchin Rosenman LLP
>525 West Monroe Street
>Chicago, Illinois 60661
>
>*Attorneys for Capital Fund Management*

>/s/ Michael B. Slade
>Brian D. Sieve, P.C. (ARDC #6199741)
>Michael B. Slade (ARDC #6274231)
>KIRKLAND & ELLIS LLP
>300 N. LaSalle Street
>Chicago, Illinois 60654-6636
>Telephone: (312) 862-2000
>Facsimile: (312) 862-2200