**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **FREDERICK J. GREDE**, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust, Assignee of certain claims, | ) ) ) ) | Case No. 09 CV 2258 |
| Plaintiff, | ) ) | |
| v. | ) | Honorable James B. Zagel |
| **FTN FINANCIAL SECURITIES CORPORATION** and **JACQUES DE SAINT PHALLE,** | ) ) ) ) | |
| Defendants. | ) ) | |

_____

| | | |
|---|---|---|
| **FREDERICK J. GREDE**, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 CV 6587 |
| v. | ) ) | |
| **STEPHEN M. FOLAN, JACQUES DE SAINT PHALLE, FTN FINANCIAL SECURITIES CORP.**, and **FIRST TENNESSEE BANK N.A.,** | ) ) ) ) | Honorable James B. Zagel |
| Defendants. | ) ) | |

**NOTICE OF FILING**

To:     Please see attached service list.

PLEASE TAKE NOTICE that on May 5, 2011, we filed with the Clerk of the United States District Court for the Northern District of Illinois, the **Trustee's Opposition to Defendants' Motion to Compel the Trustee to Produce Documents Relating to His Management, Handling and Disposal of Sentinel's Portfolio,** a copy of which is hereby served on you.

1

Dated: May 5, 2011                    Respectfully submitted,

                                      /s/ *Jeffrey S. Eberhard*
                                      FREDERICK J. GREDE, not individually but as
                                      Liquidation Trustee of the Sentinel Liquidation
                                      Trust, and Assignee of certain claims


J. Kevin McCall (ARDC # 03125685)
Chris C. Gair (ARDC # 6190781)
Gregory M. Boyle (ARDC #6242559)
Jeffrey S. Eberhard (ARDC # 6276471)
Anne P. Ray (ARDC #6291910)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654
Phone: (312) 222-9350
Facsimile: (312) 527-0484

*Counsel for the Liquidation Trustee*

## CERTIFICATE OF SERVICE

I, Anne P. Ray, an attorney, certify that on May 5, 2011, I caused the foregoing **Notice and Opposition to Defendants' Motion to Compel the Trustee to Produce Documents Relating to His Management, Handling and Disposal of Sentinel's Portfolio** to be served via ECF on:

John A. Valentine
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
john.valentine@wilmerhale.com

Mark D. Griffin
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
mgriffin@bakerdonelson.com

William B. Sullivan
Martin Brown & Sullivan, Ltd.
321 South Plymouth Court, 16th Floor
Chicago, Illinois 60604
Sullivan@mbslaw.com

_/s/ Michael H. Margolis_