**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 09-cv-2258 |
|---|---|
| Frederick J. Grede, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust, Assignee of certain claims v. FTN Financial Securities Corporation, Jacques De Saint Phalle, and First Tennessee Bank National Association. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FTN Financial Securities Corporation, and First Tennessee Bank National Association, Defendants

| | |
|---|---|
| NAME (Type or print) | |
| Jeannie S. Rhee | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Jeannie S. Rhee | |
| FIRM | |
| Wilmer Cutler Pickering Hale and Dorr LLP | |
| STREET ADDRESS | |
| 1875 Pennsylvania Avenue, NW | |
| CITY/STATE/ZIP | |
| Washington, DC 20006 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER (202) 663-6027 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐  APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Attorney Appearance Form** was filed with the Clerk of the Court on May 5, 2011, which will send notification of such filings to the parties registered with the Court's CM/ECF system, including the recipients shown below.

        **Chris C. Gair**
        **Anne P. Ray**
        **J. Kevin McCall**
        **Jeffrey S. Eberhard**
        **Nicole A. Allen**
        **Vincent E. Lazar**
        Jenner & Block LLP
        353 N. Clark Street
        Chicago, IL 60654

        /s/ Jeannie S. Rhee
        Jeannie S. Rhee
        Wilmer Cutler Pickering Hale and Dorr LLP
        1875 Pennsylvania Avenue
        Washington, DC 20006
        Telephone: (202) 663-6027
        Facsimile: (202) 663-6363
        Email:jeannie.rhee@wilmerhale.com