## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                  Case Number: 09 CV 2258

FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel
Liquidation Trust, Assignee of certain claims,

v.

FTN FINANCIAL SECURITIES CORPORATION, JACQUES
DE SAINT PHALLE, and FIRST TENNESSEE BANK N.A.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FREDERICK J. GREDE, not individually but as Liquidation Trustee of the Sentinel
Liquidation Trust, Assignee of certain claims

| NAME (Type or print) |
|---|
| Michael H. Margolis |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Michael H. Margolis |

| FIRM |
|---|
| Jenner & Block LLP |

| STREET ADDRESS |
|---|
| 353 North Clark Street |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60654-3456 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6297115 | 312-222-9350 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

<u>**CERTIFICATE OF SERVICE**</u>

I, Michael H. Margolis, an attorney, certify that on May 5, 2011, I caused the foregoing

**Appearance** to be served via ECF to:

John A. Valentine
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
john.valentine@wilmerhale.com

Mark D. Griffin
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
mgriffin@bakerdonelson.com

William B. Sullivan
Martin Brown & Sullivan, Ltd.
321 South Plymouth Court, 16th Floor
Chicago, Illinois 60604
Sullivan@mbslaw.com

/s/ *Michael H. Margolis*