# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Frederick J. Grede

                    Plaintiff,

v.                                        Case No.: 1:09–cv–02258
                                                     Honorable James B. Zagel

FTN Financial Securities Corporation, et al.

                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, May 6, 2011:

      MINUTE entry before Honorable James B. Zagel:Status hearing held on 5/6/2011. Status hearing set for 6/3/2011 at 11:00 AM.Mailed notice(drw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.