**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08CV6587 |
| v. | ) ) | Judge James B. Zagel |
| STEPHEN M. FOLAN, et al., | ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 09CV2258 |
| v. | ) ) | Judge James B. Zagel |
| FTN FINANCIAL SECURITIES CORP., et al., | ) ) ) ) ) ) | |
| Defendants. | ) | |

<u>**NOTICE OF MOTION**</u>

**PLEASE TAKE NOTICE** that on June 3, 2011, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable James B. Zagel, or any Judge sitting in his stead, in the courtroom, normally occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, 219 Dearborn Street, Room 2503, Chicago, Illinois, and shall then present the concurrently filed, **SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL TRUSTEE TO PRODUCE DOCUMENTS IN RESPONSE TO DEFENDANTS' JANUARY 5, 2011 DOCUMENT REQUESTS**, which is hereby served upon you.

Dated: June 2, 2011                    Respectfully submitted,


                                       /s/ Michael B. Slade


                                       Brian D. Sieve, P.C. (ARDC #6199741)
                                       Michael B. Slade (ARDC #6274231)
                                       KIRKLAND & ELLIS LLP
                                       300 N. LaSalle Street
                                       Chicago, Illinois  60654
                                       Telephone: (312) 862-2000
                                       Facsimile: (312) 862-2200

                                       Howard M. Shapiro
                                       Patrick J. Carome
                                       John A. Valentine
                                       WILMER CUTLER PICKERING HALE
                                         AND DORR LLP
                                       1875 Pennsylvania Avenue, N.W.
                                       Washington, DC  20006
                                       Telephone: (202) 663-6000
                                       Facsimile: (202) 663-6363

                                       Mark D. Griffin
                                       Lori H. Patterson
                                       Kristine L. Robert
                                       BAKER, DONELSON, BEARMAN, CALDWELL &
                                             BERKOWITZ, PC
                                       First Tennessee Building
                                       165 Madison Avenue, Suite 2000
                                       Memphis, Tennessee  38103
                                       Telephone:  (901) 526-2000
                                       Facsimile:  (901) 577-0870

                                       *Attorneys for Defendants Stephen M. Folan, Jacques
                                       de St. Phalle, and FTN Financial Securities Corp.,
                                       and First Tennessee Bank, N.A.*


                                       William Gibbs Sullivan
                                       Royal B. Martin
                                       Mason N. Floyd
                                       MARTIN, BROWN, SULLIVAN, ROADMAN
                                       & HARTNETT, LTD
                                       135 S. LaSalle St., Ste. 3200
                                       Chicago, IL 60603

Phone: (312) 360-5000

***Attorneys for Stephen M. Folan and Jacques de St. Phalle***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF MOTION**

was filed with the Clerk of the Court on June 2, 2011, which will send notification of such filings

to the parties registered with the Court's CM/ECF system, including the recipients shown below.

Chris C. Gair
Anne Paffrath Ray
Gregory M. Boyle
J. Kevin McCall
Jeffrey Scot Eberhard
Kevin Case
Vincent E. Lazar
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654