Frederick J. Grede
                                 Plaintiff,

v.                                                                          Case No.: 1:09−cv−02258
                                                                                 Honorable James B. Zagel

FTN Financial Securities Corp., et al.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 20, 2011:

      MINUTE entry before Honorable James B. Zagel:Hearing as to motion to set a briefing schedule [140] reset for 6/21/2011 at 10:15 AM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.