**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 09-cv-02258 |
|---|---|

Frederick J. Grede, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust, Assignee of certain claims v. FTN Financial Securities Corporation, First Tennessee Bank N.A., and Jacques De Saint Phalle

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Discus Master Limited

| | |
|---|---|
| NAME (Type or print) Peter A. Siddiqui | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Peter A. Siddiqui | |
| FIRM Katten Muchin Rosenman LLP | |
| STREET ADDRESS 525 West Monroe Street | |
| CITY/STATE/ZIP Chicago, IL 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6278445 | TELEPHONE NUMBER (312) 902-5200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

      I, Peter A. Siddiqui, an attorney, certify that on June 28, 2011, I caused a copy of the accompanying **Appearance** to be served by ECF on all counsel of record, including the recipients listed below, and by messenger to the recipients listed below:

| **Via ECF** | **Via Messenger** |
|---|---|
| John A. Valentine<br>Wilmer Cutler Picker Hale and Dorr LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>john.valentine@wilmerhale.com | Brian Douglass Sieve<br>Michael B. Slade<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, Illinois 60654 |
| Mark D. Griffin<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>165 Madison Avenue, Suite 2000<br>Memphis, Tennessee 38103<br>mgriffin@bakerdonelson.com | |
| William B. Sullivan<br>Martin Brown & Sullivan, Ltd.<br>321 Plymouth Court, 16th Floor<br>Chicago, Illinois 60604<br>sullivan@mbslaw.com | |

                                                         /s/ Peter A. Siddiqui
                                         Peter A. Siddiqui (ARDC No. 6278445)
                                         KATTEN MUCHIN ROSENMAN LLP
                                         525 West Monroe Street
                                         Chicago, Illinois 60661-3693
                                         Telephone: (312) 902-5200
                                         Facsimile: (312) 902-1061