**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **FREDERICK J. GREDE**, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust, Assignee of certain claims, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:09-CV-02258 |
| **FTN FINANCIAL SECURITIES CORPORATION, FIRST TENNESSEE BANK N.A.**, and **JACQUES DE SAINT PHALLE,** | ) ) ) ) ) | Honorable James B. Zagel |
| Defendants. | ) ) ) | |
| **FREDERICK J. GREDE**, as Liquidation Trustee of the Sentinel Liquidation Trust, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:08-CV-06587 |
| **STEPHEN M. FOLAN, JACQUES DE SAINT PHALLE, FTN FINANCIAL SECURITIES CORP.**, and **FIRST TENNESSEE BANK, N.A.**, | ) ) ) ) ) | Honorable James B. Zagel |
| Defendants. | ) ) | |

**NOTICE OF MOTION**

To: Please see attached service list.

**PLEASE TAKE NOTICE** that on June 30, 2011, at 10:15 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable James B. Zagel, or any Judge sitting in his stead, Courtroom 2503 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the concurrently filed **Motion for Protective Order**, a copy of which is hereby served on you.

| | |
|---|---|
| Dated: June 28, 2011 | Respectfully submitted,<br><br>**DISCUS MASTER LIMITED**<br><br>    /s/ Peter A. Siddiqui<br>  One of Its Attorneys<br><br>Peter A. Siddiqui (ARDC No. 6278445)<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, Illinois 60661-3693<br>Telephone: (312) 902-5200<br>Facsimile: (312) 902-1061<br>*Attorneys for Discus Master Limited* |

**CERTIFICATE OF SERVICE**

      I, Peter A. Siddiqui, an attorney, certify that on June 28, 2011, I caused a copy of the accompanying **Notice of Motion** and **Motion for Protective Order** to be served by ECF on all counsel of record, including the recipients listed below, and by messenger to the recipients listed below:

| **Via ECF** | **Via Messenger** |
|---|---|
| John A. Valentine<br>Wilmer Cutler Picker Hale and Dorr LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>john.valentine@wilmerhale.com | Brian Douglass Sieve<br>Michael B. Slade<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, Illinois 60654 |
| Mark D. Griffin<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>165 Madison Avenue, Suite 2000<br>Memphis, Tennessee 38103<br>mgriffin@bakerdonelson.com | |
| William B. Sullivan<br>Martin Brown & Sullivan, Ltd.<br>321 Plymouth Court, 16th Floor<br>Chicago, Illinois 60604<br>sullivan@mbslaw.com | |

                                          /s/ Peter A. Siddiqui
                                  Peter A. Siddiqui (ARDC No. 6278445)
                                  KATTEN MUCHIN ROSENMAN LLP
                                  525 West Monroe Street
                                  Chicago, Illinois 60661-3693
                                  Telephone: (312) 902-5200
                                  Facsimile: (312) 902-1061