**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN M. FOLAN, et al.,<br><br>    Defendants. | Case No. 08CV6587<br><br>Judge James B. Zagel |
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust, Assignee of Certain Claims,<br><br>    Plaintiff,<br><br>v.<br><br>FTN FINANCIAL SECURITIES CORP., et al.,<br><br>    Defendants. | Case No. 09CV2258<br><br>Judge James B. Zagel |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on July 13, 2011, at 10:15 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable James B. Zagel, or any Judge sitting in his stead, in the courtroom, normally occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, 219 Dearborn Street, Room 2503, Chicago, Illinois, and shall then present the concurrently filed **MOTION FOR LEAVE TO WITHDRAW APPEARANCE**, which is hereby served upon you.

Dated: July 11, 2011            Respectfully submitted,

/s/ April N. Williams (*pro hac vice*)
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **MOTION FOR LEAVE TO WITHDRAW APPEARANCE** was filed with the Clerk of the Court on July 11, 2011, which will send notification of such filings to the parties registered with the Court's CM/ECF system, including the recipients shown below.

**Chris C. Gair**
**Anne Paffrath Ray**
**Gregory M. Boyle**
**J. Kevin McCall**
**Jeffrey Scot Eberhard**
**Kevin Case**
**Vincent E. Lazar**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
*Attorneys for the Liquidation Trustee*

/s/ April N. Williams