**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust,<br>    Plaintiff,<br>v.<br>STEPHEN M. FOLAN, et al.,<br>    Defendants. | Case No. 08CV6587<br>Judge James B. Zagel |
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust, Assignee of Certain Claims,<br>    Plaintiff,<br>v.<br>FTN FINANCIAL SECURITIES CORP., et al.,<br>    Defendants. | Case No. 09CV2258<br>Judge James B. Zagel |

**NOTICE OF FILING OF CORRECTED EXHIBITS TO
<u>DECLARATION OF JOHN VALENTINE</u>**

**PLEASE TAKE NOTICE** Defendants hereby file hereto as corrected exhibits to the

DECLARATION OF JOHN VALENTINE REGARDING MOTION FOR SUMMARY

JUDGMENT that were previously filed with the Court on July 19, 2011 [Dkt. Nos. 340 and

167]:

    **Exhibit Part 7**: Exhibits 19-21

Defendants inadvertently omitted the document and instead filed a duplicate, redacted copy of Exhibit 46. A true and correct copy of the exhibit accompanies this notice.

Dated: July 20, 2011

    Respectfully submitted,

/s/ Michael B. Slade
Brian D. Sieve, P.C. (ARDC #6199741)
Michael B. Slade (ARDC #6274231)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Howard M. Shapiro
Patrick J. Carome
John A. Valentine
Jeannie S. Rhee
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Mark D. Griffin
Lori H. Patterson
Kristine L. Roberts
BAKER, DONELSON, BEARMAN, CALDWELL
  & BERKOWITZ, PC
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
Facsimile: (901) 577-0870

*Attorneys for Defendants Stephen M. Folan, Jacques de St. Phalle, FTN Financial Securities Corp., and First Tennessee Bank, N.A.*

William Gibbs Sullivan
Royal B. Martin
Mason N. Floyd

2

MARTIN, BROWN, SULLIVAN, ROADMAN & HARTNETT, LTD
135 S. LaSalle St., Ste. 3200
Chicago, IL 60603
Phone: (312) 360-5000
Facsimile: (312) 360-5026

***Attorneys for Stephen M. Folan and Jacques de St. Phalle***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **CORRECTED EXHIBIT PART 7, EXHIBITS 19-21** was filed with the Clerk of the Court on July 20, 2011, which will send notification of such filings to the parties registered with the Court's CM/ECF system, including the recipients shown below.

Chris C. Gair, Esq.
James Kevin McCall, Esq.
Jeffrey S. Eberhard, Esq.
Gregory M. Boyle, Esq.
Anne Paffrath Ray, Esq.
Kevin Case, Esq.
Vincent E. Lazar, Esq.
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
*Attorneys for the Liquidation Trustee*

Theodore T. Poulos, Esq.
COTSIRILOS, TOGHE & STREICKER
33 N. Dearbon, Suite 6000
Chicago, IL 60602
*Attorney for Eric Bloom*

/s/ Michael B. Slade
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200